UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
www.flnb.uscourts.gov

IN RE:                                             Chapter 7

James Allen Clark and                              Case No. 16-50340

Susan Pate Clark

     Debtors.
_____/

## NOTICE OF FILING

     PLEASE TAKE NOTICE that undersigned counsel files this Notice of Filing of the attached Creditor Matrix in the above referenced matter.

Dated: December 21, 2016     Respectfully submitted,

     BERGER SINGERMAN LLP
     *Counsel for Debtors*
     313 North Monroe Street, Suite 301
     Tallahassee, FL 32301
     Tel. (850) 561-3010
     Fax (850) 561-4013

     By:   /s/  *Brian G Rich*
          Brian G Rich
          Florida Bar No. 38229
          brich@bergersingerman.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the Notice of Filing of the required List of Creditor Matrix was served, electronically through the Court's CM/ECF system upon those registered parties on December 21, 2016.

     By  */s/  Brian G Rich*
         Brian G Rich

7560918-1

## SERVICE LIST

- Mary W. Colon    trustee@marycolon.com, fl33@ecfcbis.com
- Brian G. Rich    brich@bergersingerman.com, efile@bergersingerman.com;bwalter@bergersingerman.com; sfulghum@bergersingerman.com;efile@ecf.inforuptcy.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov

James Allen Clark
1645 Peel Road
Chipley, FL 32428

PeoplesSouth
c/o Michael Kraynick, Esq.
Godbold Downing & Bill, P.A.
222W. Comstock Ave, Suite 101
Winter Park, FL 32789

Washington County Tax Collector O
1331 South Blvd. # 400
Chipley, FL 32428

Brian G Rich
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

PeoplesSouth Bank
c/o Michael Kraynick, Esq.
Godbold, Downing & Bill, P.A.
222 W. Comstock Avenue, Suite 101
Winter Park, FL 32789

Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

PeoplesSouth Bank
2721 Capital Cir NE
Tallahassee, FL 32308

Bay County Tax Collector
17109 Panama City Beach Parkway
Panama City Beach, FL 32413

S.A. Acquisition
c/o Keith D. Skorewicz, Esq.
Buss Ross PA
P.O. Box 3913
Tampa, FL 33601

Cessna Finance Corporation
200 West Douglas
Suite 300
Wichita, KS 67202

ServiFirst Bank
850 Shades Creek Pkwy
Suite 200
Birmingham, AL 35209

Cessna Finance Corporation
c/o Adrian Nunez
Astigarraga Davis, et al.,
1001 Brickell Bay Drive, 9th Fl.
Miami, FL 33131

Servisfirst Bank
850 Shades Creek Parkway
Suite 200
Birmingham, AL 35209

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

ServisFirst Bank
PO Box 6456
Dothan, AL 36302

People's South Bank
2721 Capital Cir NE
Tallahassee, FL 32308

ServisFirst Bank
P.O. Box 6456
Dothan, AL 36302

Peoples South Bank
c/o Michael Kraynick, Esq.
Godbold Downing & Bill, P.A.
222 W. Comstock Ave, Suite 101
Winter Park, FL 32789

Washington County Tax Collector
1331 South Blvd. # 400
Chipley, FL 32428