United States Bankruptcy Court
Northern District of Florida

In re:  
James Allen Clark  
Susan Pate Clark  
    Debtors

Case No. 16-50340-KKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1129-5     User: skiser     Page 1 of 1     Date Rcvd: Dec 21, 2016  
                Form ID: defntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.  
db/jdb         +James Allen Clark,   Susan Pate Clark,   1645 Peel Road,   Chipley, FL 32428-5359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:  
         Brian G. Rich    on behalf of Joint Debtor Susan Pate Clark brich@bergersingerman.com, efile@bergersingerman.com;bwalter@bergersingerman.com;kbeck@bergersingerman.com;sfulghum@bergersingerman.com;efile@ecf.inforuptcy.com  
         Brian G. Rich    on behalf of Debtor James Allen Clark brich@bergersingerman.com, efile@bergersingerman.com;bwalter@bergersingerman.com;kbeck@bergersingerman.com;sfulghum@bergersingerman.com;efile@ecf.inforuptcy.com  
         Mary W. Colon    trustee@marycolon.com,   fl33@ecfcbis.com  
         United States Trustee    USTPRegion21.TL.ECF@usdoj.gov  
                                                                                      TOTAL: 4

Form defntc (Rev. 4/15)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Panama City Division

In Re: James Allen Clark  
    SSN/ITIN: xxx–xx–1200  
    Debtor  
Susan Pate Clark  
    SSN/ITIN: xxx–xx–2280  
    Joint Debtor  

Bankruptcy Case No.: 16–50340–KKS

Chapter: 7  
Judge: Karen K. Specie

## CLERK'S DEFICIENCY NOTICE

NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

    Credit Counseling Certificate due 01/03/2017  
    Attorney Disclosure Statement due 01/03/2017  
    Attorney Signature due 01/03/2017  
    Emp Inc Rcds / Stmt No Emp Inc due 01/03/2017  
    Stmt Curr Monthly Inc (122A–1) due 01/03/2017  
    Means Test Exemption (122A–1) due 01/03/2017  
    Schedule A/B due 01/03/2017  
    Schedule C due 01/03/2017  
    Schedule D due 01/03/2017  
    Schedule E/F due 01/03/2017  
    Schedule G due 01/03/2017  
    Schedule H due 01/03/2017  
    Schedule I due 01/03/2017  
    Schedule J due 01/03/2017  
    Schedule Declaration due 01/03/2017  
    Statement of Financial Affairs due 01/03/2017  
    Statement of Intent due 01/19/2017  
    Summary of Schedules due 01/03/2017  

Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

Dated: December 21, 2016

FOR THE COURT  
Traci E. Abrams, Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

Service: by the Court to all Parties in Interest