**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DIVISION OF FLORIDA**
**PANAMA CITY DIVISION**

**In Re:**

| | |
|---|---|
| **JAMES ALLEN CLARK and** | **Case No.: 16-50340-KKS** |
| **SUSAN PATE CLARK** | **Chapter 7** |
| Debtors. | |

## NOTICE OF APPEARANCE

Ian S. Macdonald with the law firm of Clark Partington, hereby gives notice of his appearance as counsel for Creditor, Whitney Bank d/b/a Hancock Bank, and requests that the parties hereto provide the undersigned attorneys with copies of any and all motions, orders, reports, pleadings, notices and any other matters pertaining to the above-referenced proceeding.

DATED this 30th day of December, 2016.

/s/ Ian S. Macdonald
**IAN S. MACDONALD**
Fla. Bar No.: 99857
imacdonald@clarkpartington.com
CLARK PARTINGTON
106 East College Avenue, Suite 600
Tallahassee, Florida 32301
Office (850) 320-6827
Facsimile (850) 597-7591
*Counsel for Creditor, Whitney Bank d/b/a Hancock Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th or 31st day of December, 2016, a true and correct copy of the foregoing has been furnished electronically through the CM/ECF portal to:

- Mary W. Colon    trustee@marycolon.com, fl33@ecfcbis.com
- Gregory S. Grossman    ggrossman@astidavis.com
- Brian G. Rich    brich@bergersingerman.com, efile@bergersingerman.com; bwalter@bergersingerman.com; kbeck@bergersingerman.com; sfulghum@bergersingerman.com; efile@ecf.inforuptcy.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov

and via U.S. mail this 30th day of December, 2016 to:

BMW Bank of North America
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016

*/s/ Ian S. Macdonald*
**IAN S. MACDONALD**